1126

No. 98–8895.  COTTON v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 98–8898.  LUNA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–8900.  WU v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 98–8901.  YEPEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–8902.  CHANEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–8908.  TINSLEY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8909.  WARREN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8912.  CONDON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8913.  SANTIAGO CHAVEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–8914.  BIEGELEISEN v. ROSS ET AL.  C. A. 2d Cir. Certiorari denied.

No. 98–8915.  LEWIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–8917.  JOHNSON v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–8921.  ABANDY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8922.  COLEMAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8939.  BAILEY v. MARYLAND.  Ct. App. Md.  Certiorari denied.